**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEANANGELA MICHELE CURRIER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY BERRYHILL, Acting** | : | |
| **Commissioner of the Social** | : | |
| **Security Administration** | : | **NO. 17-5158** |

## ORDER

**NOW**, this 31st day of July, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the defendant's response, the plaintiff's reply to the response, the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Document No. 15), the Plaintiff's Objections to the Report and Recommendation, the defendant's response to the objections, and the plaintiff's reply to the response, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.    The plaintiff's objections are **OVERRULED**;

2.    The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**; and

3.    The plaintiff's request for review is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.